United States District Court
Northern District of California

1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

11      JAMESHA DUCKETT,

12                  Plaintiff,                    Case No. 24-cv-00536 BLF

13            v.                                  **ORDER GRANTING RELIEF
                                                  FROM ELECTRONIC FILING
14      P. GARCIA,                                REQUIREMENT; INSTRUCTIONS
                                                  TO CLERK**
15                  Defendant.

16

17

18          Plaintiff is a state prisoner who is seeking to file an action under 42 U.S.C. § 1983.

Plaintiff was housed at Salinas Valley State Prison ("SVSP") at the time he mailed case-

19   initiating documents to this Court.  Dkt. No. 1 at 2.  On January 30, 2024, the Clerk of the

20   Court sent Plaintiff a notice of his failure to use PBSP's email filing procedures in filing

21   his case-initiating documents – i.e., the complaint and *in forma pauperis* ("IFP")

22   application, in violation of General Order No. 76.[1]  Dkt. No. 1 at 1.  The Clerk's notice

23   advised Plaintiff of the procedures to comply with the emailing requirements and that he

24   must do so within fourteen days of the notice to avoid dismissal.  *Id*.  Then on March 7,

25

26   _____

27   [1] General Order No. 76 established a Pilot Project of the Court and the California
     Department of Corrections and Rehabilitation ("CDCR"), which requires prisoners filing
     civil rights actions under § 1983 to submit the case-initiating documents to the Court by
28   email through designated CDCR staff.

United States District Court
Northern District of California

1  2024, the Court *sua sponte* granted Plaintiff an extension of time to comply with General

2  Order No. 76 or show good cause for relief from the electronic filing requirement by

3  March 29, 2024.  Dkt. No. 5.

4        On March 28, 2024, Plaintiff filed a notice of change of address, stating that he is

5  now housed at the California Medical Facility and no longer at SVSP.  Dkt. No. 6.

6  Accordingly, the Court finds good cause for relieving Plaintiff from General Order No.

7  76's efiling requirement as he is no longer confined at a CDCR institution designated by

8  the Clerk of the Court to participate in the Pilot Program under General Order No. 76.

9        The Clerk shall file the case-initiating documents that were received by the Court as

10  separate docket entries, *i.e.*, the complaint and IFP application, with a filed date of January

11  30, 2024.  Dkt. Nos. 1-1, 1-2.  The Court will conduct an initial review of these papers in

12  due course.

13        **IT IS SO ORDERED.**

14  Dated:  __**April 2, 2024**_____

                             BETH LABSON FREEMAN

15                               United States District Judge

16

17

18

19

20

21

22

23

24

25  Order Granting relief from GO76; Inst. To Clerk
P:\PRO-SE\BLF\CR.24\00536Duckett_GO76relief

26

27

28