UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MAURICE DUCKETT,<br><br>    Plaintiff,<br><br>    v.<br><br><br>P. GARCIA,<br><br>    Defendant. | Case No. 24-cv-00536 BLF (PR)<br><br>**JUDGMENT** |

The Court has dismissed the instant action as duplicative.  Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

**Dated:  __April 29, 2024_____**

_____

BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.24\00536Duckett_judgment